1
2
3
4
5
6
7

*E-FILED - 7/16/09*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| ALMA YADIRA, individually and on behalf of others similarly situated, | Case Nos. C-08-05721-RMW<br>C-08-05722-JW |
| Plaintiffs, | ORDER RE RELATION OF CASES |
| vs. | |
| JESUS FERNANDEZ dba MARIA'S NIGHTCLUB, TONY'S POOL HALL AND FLAMINGO NIGHTCLUB, and DOES 1-10, | |
| Defendants. | |

12
13
14
15
16
17
18
19

After further thought, the court believes that the two above referenced cases should probably

20

be related. Whether they should be consolidated is a different question and can be determined later.

21

Therefore,

22

IT IS HEREBY ORDERED that the parties are to file any objection they have to the cases

23

being related within ten days of the date of this order. If no objection is filed within the ten day

24

period, the cases will be related and action number C-08-05722-JW will be reassigned to Judge

25

Ronald Whyte.

26

DATED: 7/16/09

27
28

RONALD M. WHYTE
United States District Judge