ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248

**E-FILED 12/28/2009**

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YADIRA, et al.,

       Plaintiffs,

      vs.

JESUS FERNANDEZ, et al.,

       Defendants

Case No: C 08-5721 RMW

STIPULATION TO CONTINUE THE
HEARING ON PLAINTIFFS' MOTION TO
COMPEL & [~~PROPOSED~~] ORDER

    Parties, through their respective counsel, stipulate to continue the hearing on Plaintiffs'
motion to compel as follows:

    1.   Plaintiffs filed a motion to compel (Docket No. 19).  The hearing on the motion is
currently set on January 6, 2010.

    2.   After Plaintiffs' motion was filed, Defendants informed Plaintiffs that the majority of
documents requested were ready for inspection.

    3.   As such, parties stipulate to continue the hearing currently set on January 6, 2009 for
three weeks to allow parties a further chance to resolve the disputes without the Court's
intervention.

Dated:  December 23, 2009      By: /s/  Adam Wang
                             ADAM WANG
                             Attorney for Plaintiffs

Dated:  December 23, 2009      By: /s/ Robert Baker
                             ROBERT BAKER
                             Attorney for Defendants

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION
TO COMPEL & ORDER THEREON**
**Yadira, et al v. Fernandez, et al.**

_____
[~~PROPOSED~~] ORDER

Plaintiffs filed a motion to compel, a hearing of which is currently set for January 6, 2010.  Parties stipulate to continue the hearing on the motion to allow a further chance to meet and confer to resolve the disputes among themselves.

GOOD CAUSE appearing, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel (Docket No. 19) be reset for January 27, 2010, at 9:30 a.m.  Plaintiffs' reply, if any, should be filed no later than January 13, 2010.

IT IS SO ORDERED.


Dated:  December 28, 2009                    By: _____
                                                 Richard Seeborg
                                                 United States Magistrate Judge

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION
TO COMPEL & ORDER THEREON**
**Yadira, et al v. Fernandez, et al.**

2                    Case No.    C 08-5721 RMW