**\*\* E-filed January 26, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YADIRA, | No. C08-05721 RMW (HRL) |
| Plaintiff, | **ORDER CONTINUING PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| JESUS FERNANDEZ, et. al, | **[Re: Docket No. 19]** |
| Defendants. | |

In November 2009, plaintiff moved to compel further responses to interrogatories and requests for production. Defendants filed an opposition to the motion, but indicated that they were in the process of producing requested documents, which they say plaintiff agreed to accept in lieu of updated interrogatory responses. After additional meet-and-confer efforts, plaintiff now requests that the court allow defendants an additional thirty days to cure any deficiencies.

Good cause appearing, the hearing on plaintiff's motion to compel is continued to **March 9, 2010** at 10:00 a.m. In the interim, the parties shall continue to meet and confer in good faith to try to resolve this dispute without court intervention. Plaintiff shall file a supplemental three-page brief informing the court of the status of the dispute by **February 23, 2010.** Defendants shall file a supplemental three-page opposition, if any, by **March 2, 2010**.

**IT IS SO ORDERED.**

Dated: January 26, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 08-05721 RMW (HRL)** N**otice will be electronically mailed to:**

2  Adam Wang           adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
   Adam Lee Pedersen   alpedersen@gmail.com
3  Robert David Baker  attyatlaw@earthlink.net

4
   **Counsel are responsible for distributing copies of this document to co-counsel who have not
5  registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California