Adam Pedersen, Esq. (261901)
Adam Wang, Esq. (201233)
Law Offices of Adam Wang
12 South First Street, Suite 708
San Jose, CA  95113
Telephone: 408 421-3403
Facsimile: 408 416-0248

Attorneys for Plaintiff
ALMA YADIRA

Law Offices Robert David Baker
Robert David Baker, Esq. (87314)
1611 The Alameda
San Jose, CA  95126
(408) 292-8555
Fax:  (408) 292-0703

Attorney for Defendant
JESUS FERNANDEZ

*E-FILED - 2/10/10*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YADIRA, et. al.;<br>         Plaintiffs,<br><br>v.<br><br>JESUS FERNANDEZ dba MARIA'S NIGHTCLUB; TONY'S POOL HALL AND FLAMINGO NIGHTCLUB; DOES 1-10;<br><br>         Defendants, | CASE NUMBER:  C 08 05721 RMW<br><br>[RELATED CASE:  C 08 05722 RMW]<br><br>JOINT STIPULATION AND PROPOSED ORDER TO RESET DISCOVERY AND TRIAL DATE AND ORDER |

This case, <u>Yadira v. Fernandez</u>, C 08 05721 RMW, was filed at the same time as the related matter, <u>Mondragon v. Fernandez</u>, C 08 05722 RMW. Both cases involve the same Defendants, contain the same allegations and are based on largely the same facts. Parties in both cases are represented by the same counsel. However, the issues in the case diverge in that in the

instant action the Plaintiffs are hourly employees, and in the other related matter, the Plaintiffs are alleged salaried employees.

Initially, the related matter, Mondragon v. Fernandez, C 08 05722 RMW was before the Hon. James Ware, but was reassigned to the Hon. Ronald Whyte so that both cases could be before the same judge. On 1/29/2010, there was a CMC in the related matter setting trial dates and discovery deadlines.

Therefore, the parties in the interest of efficient and effective case management wish to reset the schedule in this matter, Yadira v. Fernandez, C 08 05721 RMW, to be consistent with the dates now set in the related matter, Mondragon v. Fernendez, C 08 05722 RMW. The parties, through their attorneys of record, jointly submit this stipulation and proposed order to reset the discovery and trial dates in this matter:

## **DISCOVERY**

1. The parties agree to the following discovery plan:

    a. The fact discovery cutoff: August 20, 2010;

    b. Any and all written discovery will be propounded so that a response will be received prior to the discovery cutoff date.

    c. If a party chooses to designate any expert witnesses, said designation shall be made by: August 20, 2010;

    d. If a party chooses to designate any rebuttal expert witnesses in response to the other party's initial expert witness designation, said designation shall be made by: September 17, 2010;

    e. Discovery shall be per the FRCP;

    f. All expert depositions shall be completed by: September 30, 2010;

**DISPOSITIVE MOTIONS**

2. The parties request a dispositive motions hearing date of: October 22, 2010;

**TRIAL SCHEDULE**

3. The parties request a trial date as follows: November 2̶ 29, 2010, at 1:30 p.m., Pre-trial conference on November 4, 2010;

4. The parties expect that the trial will last for the following number of days: seven court days.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Dated: January 22, 2010

_//s//_ Adam Pedersen
Adam Pederson, Esq.
Attorney for Plaintiffs

Dated: January ____, 2010

_____
Robert David Baker, Esq.
Attorney for Defendant

**ORDER**

The above modification to the scheduling order is adopted, and the dates set in this Scheduling Order shall control.

Dated: xxxxxxx February 9, 2010

_Ronald M. Whyte_
Honorable Ronald M. Whyte