**United States District Court**
For the Northern District of California

1
2
3
4                                                                    **E-FILED on**    3/19/10
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION
11

12   ALMA YADIRA, individually and on behalf of        No. C 08-05721 RMW
     others similarly situated.
13
             Plaintiff,
14                                                      ORDER GRANTING PLAINTIFF'S MOTION
                                                        FOR LEAVE TO FILE THE FIRST
15       v.                                             AMENDED COMPLAINT

16   JESUS FERNANDEZ, et al.,                           **[Re Docket No. 33]**

17           Defendants.

18

19       Plaintiff's motion for leave to file an amended complaint came on for hearing before the

20   court on March 19, 2010.  Defendants did not oppose the motion and did not appear at the hearing.

21   Having considered the papers submitted by plaintiff, defendant's failure to oppose the motion, and

22   for good cause appearing, the motion is granted.  Plaintiff shall file the First Amended Complaint

23   within ten days.

24

25   DATED:      3/19/10
26                                                      RONALD M. WHYTE
                                                        United States District Judge
27

28

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT—No. C 08-05721 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Adam Wang**
Email: adamqwang@gmail.com

**Adam Lee Pedersen**
Email: alpedersen@gmail.com

**Counsel for Defendant:**

**Robert David Baker**
Email: attyatlaw@earthlink.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:    3/19/10                                         TER

                                              **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT—No. C 08-05721 RMW
TER                                                  2