1  Law Offices Robert David Baker
   Robert David Baker, Esq. (87314)
2  80 South White Road
   San Jose, CA  95127
3  Telephone (408) 251-3400
   Facsimile: (408) 251-3401
4
   Attorney for Defendant
5  JESUS FERNANDEZ

6

7                IN THE UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10 ALMA YADIRA;                          CASE NUMBER:  C 08 05721 RMW

11
         Plaintiffs,                     ORDER ALLOWING WITHDRAWAL
12                                        OF ATTORNEY OF RECORD

13            v.

14 JESUS FERNANDEZ dba MARIA'S
   NIGHTCLUB; TONY'S POOL HALL
15 AND FLAMINGO NIGHTCLUB; DOES 1-
   10;
16

17       Defendants,

18

19

20                              ORDER

21       The application of Robert David Baker, Esq., to withdraw as attorney of record for Jesus

22 Fernandez, dba Maria's Nightclub, Tony's Pool Hall, Flamingo Nightclub, came before this

23 court ex parte.

24       Based upon the declaration of Robert David Baker, Esq. and the stipulation of Robert

25 David Baker, Esq. Victoria Booke, Esq. and Jesus Fernandez,

26

27 /

28 /

1    AND FOR GOOD CAUSE APPEARING,

2    IT IS SO ORDERED that, Robert David Baker, Esq. is relieved as counsel of record for

3    Jesus Fernandez, dba Maria's Nightclub, Tony's Pool Hall, Flamingo Nightclub..

4

5    IT IS FURTHER ORDERED that, Victoria Booke, Esq., is substituted in the

6    place and stead of Robert David Baker, Esq.  Victoria Booke, Esq.'s information is as follows:

7        Victoria Booke, Esq.
         Fahmy & Booke
8        606 N. First Street
         San Jose, CA  95112-5109
9        Telephone:  (408) 286-7000
         Facsimile:  (408) 286-7111
10

11

12   Dated:  June _____29_____, 2010

13

14   *Ronald M. Whyte*

15   _____
     Honorable Ronald M. Whyte
16   Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28