Adam Wang, Esq. (201233)
Adam Pedersen, Esq. (261901)
**Law Offices of Adam Wang**
12 South First Street, Suite 708
San Jose, CA  95113
Telephone: 408 421-3403
Facsimile: 408 416-0248

**Attorneys for Plaintiff**
ALMA YADIRA

Victoria L.H. Booke
**Fahmy & Booke**
606 North First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111
Email: vbooke@gmail.com

**Attorney for Defendant**
JESUS FERNANDEZ

*E-FILED - 2/7/11*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YADIRA, et. al.;<br>         Plaintiffs,<br><br>     v.<br><br>JESUS FERNANDEZ dba MARIA'S NIGHTCLUB; TONY'S POOL HALL AND FLAMINGO NIGHTCLUB; DOES 1-10;<br><br>         Defendants, | CASE NUMBER:  C 08 05721 RMW<br><br>RELATED CASE:  C 08 05722 RMW<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO RESET DISCOVERY AND TRIAL DATE IN BOTH MATTERS;** *and*<br><br>**[] ORDER THEREON** |

1. **WHEREAS**, the above captioned case, Yadira v. Fernandez, C 08 05721 RMW, and the related matter, Mondragon v. Fernandez, C 08 05722 RMW were filed at the same time.

2. **WHEREAS,** Both cases involve the same Defendants, contain the same allegations and are based on largely the same facts. Parties in both cases are represented by the same counsel. However, the issues in the case diverge in that in the YADIRA action the Plaintiffs are hourly employees, and in the other related matter, the Plaintiff is a salaried and alleged managerial employee.

3. **WHEREAS,** Parties are nearing their date for trial and are working to complete the discovery process. Much, if not all, of the parties' written discovery has been completed at this point. The remaining discovery to be done consists of the depositions of the parties themselves and some other of Defendants' employees.

4. **WHEREAS,** the depositions of the parties are ongoing. Plaintiff has concluded the deposition of Defendant FERNANDEZ and will be conducting depositions of employees of the Defendant later in this month.

5. **WHEREAS,** the facts revealed by both written discovery and depositions currently underway have begun to substantially narrow the issues in this case.

6. **WHEREAS,** with the narrowing of parties factual dispute, parties are optimistic that settlement can be achieved.

7. **WHEREAS,** both Plaintiff MODRAGON and the person in charge of Defendant's payroll, VIRGINIA FERNANDEZ, will not be available for deposition until early February and the testimony of these persons is critical to both trial and early resolution.

8. **WHEREAS**, in additional to clarifying the factual issues, there are certain legal issues identified by the parties as amenable to resolution by motion prior to trial. For example, the appropriate statute of limitations to apply to Plaintiffs' PAGA claims is subject to dispute, and the decision of this issue would aid parties resolution of this case.

9. **WHEREAS**, counsel for Defendant has two complex jury trials set for trial in the near future, one on January 31, 2011 and one in March of 2011.

10. **WHEREAS**, the parties feel that if time can be given to address these legal and factual issues, settlement of this matter can be had.

11. **WHEREAS**, Parties agree a conference with a magistrate judge would greatly aid them in this regard and to that end would like to request the Court's aid by way of settlement conference.

12. **WHEREAS**, the current schedule in both of these matters does not allow for this occur prior to the date currently set for trial;

13. **THE PARTIES HEREBY STIPULATE** to the following:

   1. That parties respectfully request the referral of this matter to a magistrate judge for the conduct of a settlement conference prior to trial;

   2. That, because of the overlapping evidence and issues in each case, documents discovered and depositions taken in each matter shall be available for use in either matter, subject to relevance and admissibility.

   3. That, the Court's schedule permitting, these conferences shall occur in May 2011.

   4. That discovery remain open until the of May 2, 2011.

   5. That the last day to hear dispositive motion shall be May 27, 2011 at 9:00 AM.

   6. That a pre-trial conference for shall be held on June 9, 2011 at 2:00 PM.

   7. That trial shall begin on the MONDRAGON (#C08-05722) matter on or around June 20, 2011 as the Court's schedule allows.

   8. That trial shall begin on the Fernandez YADIRA (#C08-05721) matter on or around June 27, 2011 as the Court's schedule allows.

Dated:  Jan 18, 2011

_/s/Adam Pedersen_____
Adam Pedersen, Esq.
Attorney for Plaintiffs


Dated:  Jan 18, 2011

__/s/Victoria Booke_____
Victoria Booke, Esq.
Attorney for Defendant


## [] ORDER

Good cause appearing, pursuant to the parties stipulation, the above modification to the scheduling order is adopted, and the dates set forth in the parties agreement shall control from here forward.


Dated:  February 7, 2011

_Ronald M. Whyte_____
Honorable Ronald M. Whyte