**E-FILED on** 7/13/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JESUS FERNANDEZ, et al.,<br><br>  Defendants. | No. C-08-05721 RMW<br><br>ORDER INVITING A RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 66]** |

On June 24, 2011, defendants filed a motion for leave to file a motion for reconsideration of the court's June 14, 2011 order. Dkt. No. 66. Having considered defendants' motion, the court invites plaintiff to respond pursuant to Local Rule 7-9(d). Any response must be filed on or before July 20, 2011 and must not exceed five pages.

DATED:     7/13/2011

RONALD M. WHYTE
United States District Judge

ORDER INVITING A RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION—No. C-08-05721 RMW
JLR