**\*\* E-filed July 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS FERNANDEZ,<br><br>    Defendant.<br>_____/ | No. C08-05721 RMW (HRL)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS TO COMPEL AND DIRECTING PLAINTIFF TO COMPLY WITH STANDING ORDER RE: CIVIL DISCOVERY DISPUTES**<br><br>**[Re: Docket Nos. 53, 57, 63, 67, 72]** |

On April 12, 2011, Plaintiff filed a motion to compel further responses to her first set of interrogatories. Docket No. 53. It was noticed for hearing on May 17, 2011. Id. Plaintiff has re-noticed the motion three times. Docket Nos. 57, 63, 67. It is now noticed for hearing on August 9, 2011. Docket No. 67. No opposition or reply briefs have ever been filed.

Recently, Plaintiff also filed a motion to compel responses to one of her requests for production of documents. Docket No. 74. This motion is noticed for hearing on August 30, 2011. Id. However, this Court's Standing Order re: Civil Discovery Disputes ("Standing Order"), adopted on June 3, 2011, prohibits the filing of noticed discovery motions before this Court and provides the parties with specific instructions regarding how to proceed in the event of a such disputes.

Accordingly, the Court DENIES WITHOUT PREJUDICE Plaintiff's two motions to compel (Docket No. 53, 72). Plaintiff is directed to comply with this Court's Standing Order with respect to any current or future discovery disputes.

1  **IT IS SO ORDERED.**

2  Dated: July 25, 2011

3  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**C08-05721 RMW (HRL) N**otice **will be electronically mailed to:**

Adam Wang            adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen    alpedersen@gmail.com
Victoria L.H. Booke  vbooke@gmail.com, peter@bookelaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**