*E-FILED - 8/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JESUS FERNANDEZ, et al., <br><br> Defendants. <br> *Related Case:* <br> MONDRAGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JESUS FERNANDEZ, et al., <br><br> Defendants. al., | No. C-08-05721 RMW <br> No. C-08-05722 RMW <br><br><br><br><br><br> ORDER REGARDING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

On August 1, 2011, plaintiffs in the above captioned actions filed an application for a temporary restraining order against defendant Jesus Fernandez and an order to show cause why an

ORDER REGARDING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER—No. C-08-05721 RMWNo. C-08-05722 RMW
JLR

injunction should not issue against Jesus Fernandez. Defendants are invited to file a response to plaintiffs' application no later than the close of business on August 5, 2011.

DATED: 8/4/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record:

**Adam Wang**
Email: adamqwang@gmail.com

**Adam Lee Pedersen**
Email: alpedersen@gmail.com

**Victoria L.H. Booke**
Email: vbooke@gmail.com

Date: 8/4/11

/s/ jg

Chambers of Judge Whyte