**E-FILED on** 08/09/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JESUS FERNANDEZ, et al.,<br><br>　　　　Defendants.<br>*Related Case:*<br>MONDRAGON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JESUS FERNANDEZ, et al.,<br><br>　　　　Defendants. al., | No. C-08-05721 RMW<br>No. C-08-05722 RMW<br><br><br><br><br><br>ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

　　　　On August 1, 2011, plaintiffs in the above captioned actions filed an application for a temporary restraining order against defendant Jesus Fernandez and an order to show cause why an injunction should not issue against Jesus Fernandez.  Counsel for defendant has requested additional

1  time to respond to plaintiffs' application. Dkt. No. 83. Accordingly, defendant is invited to file a
2  response to plaintiffs' application no later than August 12, 2011.

8  DATED:  08/09/2011                         *Ronald M. Whyte*
                                               RONALD M. WHYTE
9                                              United States District Judge