**E-FILED on**   9/8/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JESUS FERNANDEZ, et al., <br><br> Defendants. <br> *Related Case:* <br> MONDRAGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JESUS FERNANDEZ, et al., <br><br> Defendants. al., | No. C-08-05721 RMW <br> No. C-08-05722 RMW <br><br><br><br><br><br> ORDER DENYING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

On August 1, 2011, plaintiffs in the above captioned actions filed an application for a temporary restraining order against defendant Jesus Fernandez and for an order to show cause why an injunction should not issue against Jesus Fernandez. Plaintiffs' complaints, however, do not

contain allegations of harassment or retaliation, yet that is what plaintiffs seek to restrain. The complaints in the two cases will need to be amended if plaintiffs wish to pursue relief for harassment or retaliation. Further, the declarations filed in support of the application contain dated information and unreliable hearsay that is inadequate to support the allegations in the application.

Plaintiffs' application for a TRO and order to show cause is denied without prejudice.

DATED:     9/7/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE—No. C-08-05721 RMWNo. C-08-05722 RMW
JLR                                                                         2