```
ADAM WANG, Bar No. 201233
LAW OFFICE OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YADIRA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JESUS FERNANDEZ, et. al. and Does 1-10,<br><br>　　　　Defendant | Case No.: C08-05721 RMW<br><br>Stipulation for a Continuance of Trial<br><br>Trial date: December 12, 2011<br>Pre-trial Conference: December 1, 2011<br>Judge: Ronald M. Whyte |
| MONDRAGON, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JESUS FERNANDEZ, et al.,<br><br>　　　　Defendants | Case No. 08-05722RMW |

　　　　In this related case, Plaintiffs Alma Yadira and Florencia Mondragon[1], and Defendant Jesus Fernandez, through their respective counsel, hereby request to continue the trial date set in these two related matters as follows:

　　　　1.　　Parties have appeared before Judge Lloyd for a settlement conference on October 20, 2011. That session concluded with parties to meet and confer on certain issues the resolution of which will help resolve the case. As such, Judge Lloyd set a follow-up session of settlement conference on November 30, 2011.

---

[1] Plaintiff Luis Fraga has lost contact with Plaintiffs' counsel. Plaintiffs counsel will file a motion to withtharw as his counsel of records.

**STIPULATION TO CONTINUE THE TRIAL DATE**
Yadira  v. Fernandez                                                            C08-05721 RMW
Mondragon v. Fernandez                    1                                     C08 -05722-RMW

2. On November 14, 2011, Defendant counsel began a jury trial in Santa Clara County Superior Court before the Honorable Carrie Zepeda.  The jury was impaneled on Wednesday, November 16, 2011.  The trial was set for three weeks, but was protracted because the Judge Zepeda sits on the Small Claim Appeal Panel and cannot conduct trial on Fridays.  Also, the Thanksgiving Holiday delayed the trial even further.  Therefore, Defendant's counsel is not available to attend the second session of settlement conference before Magistrate Lloyd.  Due to her trial schedule, Defendant counsel is not able to properly prepare for the trial in this matter and will not be able to attend the final pre-trial conference set on December 1, 2011.

3. Consequently, parties jointly request a continuance of the trial date in this matter to a date that is mutually convenient to the Court and both parties after parties have an opportunity to fully explore the settlement.  Parties hereby request that the Court vacate the final pre-trial conference and set a case management conference in this matter on December 9, 2011 to set a new trial date.

|  |  |
|---|---|
| Dated: November 28, 2011 | Respectfully,<br>By: /s/ Adam Wang<br>    Adam Wang<br>    Attorney for Plaintiffs |
| Dated: November 28, 2011 | By: /s/ Victoria L.H. Booke<br>    Victoria L.H. Booke<br>    Attorney for Defendant |

Öæ˛^˙åķÐ[ ç^{ à^¦ÁGJÊÃG€FF



IT IS SO ORDERED
Ronald M. Whyte
Judge Ronald M. Whyte

**STIPULATION TO CONTINUE THE TRIAL DATE**
Yadira v. Fernandez                                                                 C08-05721 RMW
Mondragon v. Fernandez            2                                      C08 -05722-RMW