**\*\* E-filed November 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA,<br><br>    Plaintiff,<br>v.<br><br>JESUS FERNANDEZ et al; and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C08-05721 RMW (HRL)<br><br>**ORDER CONTINUING**<br>**SETTLEMENT CONFERENCE** |
| FLORENCIA MONDRAGON; et al.,<br><br>    Plaintiffs,<br>v.<br><br>JESUS FERNANDEZ et al; and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C08-05722 RMW (HRL) |

Pursuant to the parties' stipulation and good cause appearing, the Settlement Conference in the above-captioned cases, currently set for November 30, 2011 at 1:30 p.m., is hereby continued to **December 16, 2011 at 1:30 p.m.** Settlement Conference statements and letters must be submitted by December 9, 2011.

    **IT IS SO ORDERED.**

Dated: November 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1 | **C08-05721 RMW Notice will be electronically mailed to:**

2 | Adam Wang adamqwang@gmail.com
Adam Lee Pederson alpedersen@gmail.com
3 | Victoria L.H. Booke vbooke@gmail.com

4 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**