UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JESUS FERNANDEZ, et al.,<br><br>    Defendants.<br><br>FLORENCIA MONDRAGON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JESUS FERNANDEZ, et al.,<br><br>    Defendants. | Case Nos. C-08-05721, C-08-05722 RMW (related)<br><br>**ORDER DENYING PLAINTIFF'S THIRD MOTION TO EXTEND TIME TO FILE MOTION FOR FEES AND COSTS PENDING APPEAL** |

Plaintiff Yadira files her third motion to extend time to file her attorneys' fees motion. This time, she cites a statute that she claims requires the court to allow her to file her fees motion after the appeal. A quick look at the statute reveals otherwise. 28 U.S.C. § 2412(d)(1)(B) only

applies when the United States is a party. The United States is not a party in this action. Yadira's motion is denied.

To avoid prejudice to the defendant in responding to the motion on the court's original schedule, the hearing is rescheduled for Friday, January 17, 2014 at 9 a.m. Absent an unexpected event, **this date will not be changed.** As Plaintiff Yadira has had more than ample time to prepare her fees motion, **the motion will be filed no later than Thursday, December 12, 2013**. Defendant Fernandez's opposition will be filed no later than Monday, December 30, 2013. Plaintiff's reply brief, if any, will be filed no later than Monday, January 6, 2014.

Dated:  December 10, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge