UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA YADIRA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JESUS FERNANDEZ, et al.,<br><br>    Defendants.<br><br>FLORENCIA MONDRAGON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JESUS FERNANDEZ, et al.,<br><br>    Defendants. | Case Nos. C-08-05721, C-08-05722 RMW (related)<br><br>**ORDER DENYING PLAINTIFF'S THIRD MOTION TO EXTEND TIME TO FILE MOTION FOR FEES AND COSTS PENDING APPEAL** |

    Plaintiff Yadira files her third motion to extend time to file her attorneys' fees motion. This time, she cites a statute that she claims requires the court to allow her to file her fees motion after the appeal. A quick look at the statute reveals otherwise. 28 U.S.C. § 2412(d)(1)(B) only

ORDER DENYING PLAINTIFF TIME EXTENTION
FOR ATTORNEYS FEES MOTION
CASE NO. C-10-04686 –RMW, RDS
    - 1 -

1  applies when the United States is a party. The United States is not a party in this action. Yadira's
2  motion is denied.
3      To avoid prejudice to the defendant in responding to the motion on the court's original
4  schedule, the hearing is rescheduled for Friday, January 17, 2014 at 9 a.m. Absent an unexpected
5  event, **this date will not be changed.** As Plaintiff Yadira has had more than ample time to
6  prepare her fees motion, **the motion will be filed no later than Thursday, December 12, 2013**.
7  Defendant Fernandez's opposition will be filed no later than Monday, December 30, 2013.
8  Plaintiff's reply brief, if any, will be filed no later than Monday, January 6, 2014.

Dated:  December 10, 2013

_____
Ronald M. Whyte
United States District Court Judge

ORDER DENYING PLAINTIFF TIME EXTENTION
FOR ATTORNEYS FEES MOTION                - 2 -
CASE NO. C-10-04686 –RMW, RDS